UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PROCHNIAK WEISBERG, P.C., <br><br> Plaintiff, <br><br> v. <br><br> INJURY SOLUTIONS, INC. and <br> INJURY SOLUTIONS, LLC, <br><br> Defendants. | Case No. 2:09-cv-5650 |

**AFFIDAVIT OF STUART D. LURIE, ESQUIRE, IN SUPPORT OF DEFENDANTS'
MOTION FOR AWARD OF ATTORNEYS FEES AND COSTS**

    1.    I, Stuart D. Lurie, Esquire, am an attorney with the law firm of Bailey & Ehrenberg PLLC, attorneys for Defendants, in the above-captioned action, and I submit this affidavit in support of Defendants' Motion for Award of Attorneys Fees and Costs.

    2.    Attached hereto as Exhibit A is a true and correct copy of the invoice for services to Injury Solutions, Inc. ("ISI"), in connection with the above-captioned action, and specifically ISI's Motion to Compel Mediation and Dismiss Plaintiff's Complaint. I hereby verify and affirm that Exhibit A accurately reflects the time reasonably expended by me on this matter, as well as costs incurred, up through the issuance of the Court's Order of January 15, 2010. Exhibit A does not include any time spent in connection with the instant Motion for Award of Attorneys Fees and Costs, or any time spent in connection with Plaintiff's recent Motion for Reconsideration. (Such will be part of Defendants' supplemental fee request following the close of briefing.)

    3.    My hourly rate for work on this matter is $250. This rate is fair and reasonable in the greater Philadelphia region for a commercial litigation attorney of my

experience. In support, I submit as Exhibit B a true and correct print-out of the Philadelphia Community Legal Services Fee Schedule (the "CLS Fee Schedule") from 2006. Specifically, the CLS Fee Schedule (effective April 1, 2006) indicates a range of $240 to $300 per hour for attorneys with 11 to 15 years of experience. As I am in my eleventh year of practice, my $250 hourly rate falls toward the bottom of this range, even as of four years ago.

4. I have been admitted to the Bar of the Commonwealth of Pennsylvania for nearly eleven years, and have practiced in the area of commercial litigation for my entire career. A true and correct copy of my resume is attached hereto as Exhibit C.

5. I verify and affirm that the statements contained herein and any and all factual averments contained in the accompanying memorandum of law are true and correct, under penalty of perjury pursuant to 28 U.S.C. § 1746.

Dated: January 25, 2010                        Respectfully submitted,

                                               /s/ Stuat D. Lurie
                                               Stuart D. Lurie
                                               BAILEY & EHRENBERG PLLC
                                               Two Penn Center Plaza, Suite 200
                                               Philadelphia, PA 19102
                                               (215) 854-4088 – Tel.
                                               (215) 689-3598 – Fax
                                               SDL@becounsel.com
                                               *Attorney for Defendant*