BAILEY & EHRENBERG PLLC
1015 18th Street NW
Suite 601
Washington, DC  20036
Fed. I.D. No. 74-3130036


Invoice submitted to:
Injury Solutions
11845 W. Olympic Blvd.
Suite 1250
Attn:  Kristopher Standley
Los Angeles, CA 90064
USA


January 08, 2010
In Reference To:  Prochniak Weisberg P.C. Litigation
                  Philadelphia County Court of Common Pleas

Invoice #556

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---:|---:|
| 11/24/2009 - | Review complaint and contract; email to K. Standley re strategy for removal and/or responding to complaint. | 1.10<br>250.00/hr | 275.00 |
| 11/25/2009 - | Phone call with K. Standley re litigation strategy; draft removal papers and appurtenant E.D. Pa. cover sheets; send draft papers to K. Standley for review; legal research re removal process and timing issues. | 3.60<br>250.00/hr | 900.00 |
| 11/27/2009 - | Finalize removal papers and attend to filing and service of same. | 2.10<br>250.00/hr | 525.00 |
| 11/30/2009 - | File and serve state court notice of removal; draft brief in support of motion to dismiss; perform legal research for same. | 5.30<br>250.00/hr | 1,325.00 |
| 12/2/2009 - | Continue to draft brief in support of motion to dismiss. | 0.90<br>250.00/hr | 225.00 |
| 12/3/2009 - | Edit and revise brief in support of motion to dismiss; additional legal research for same; forward draft brief to client for review and comment. | 5.80<br>250.00/hr | 1,450.00 |

Injury Solutions                                                                                                                    Page    2

|            |                                                                                                                   | Hrs/Rate        | Amount      |
|------------|-------------------------------------------------------------------------------------------------------------------|-----------------|-------------|
| 12/4/2009  | Finalize motion to dismiss and related papers and attend to filing and service of same.                           | 0.30 250.00/hr  | 75.00       |
| 12/9/2009  | Review correspondence from M. Weisberg requesting production of initial disclosures; forward same to K. Standley. | 0.10 250.00/hr  | 25.00       |
| 12/21/2009 | Review Plaintiff's brief in opposition to motion to dismiss; forward same to client with explanatory note.        | 0.50 250.00/hr  | 125.00      |
|            | For professional services rendered                                                                                | 19.70           | $4,925.00   |
|            | Additional Charges :                                                                                              |                 |             |
| 11/27/2009 | Filing fee for filing with Eastern District of Pennsylvania.                                                      |                 | 350.00      |
|            | Copying cost for reproducing pleadings for filing.                                                                |                 | 7.63        |
| 11/30/2009 | Filing fee for Philadelphia Court of Common Pleas.                                                                |                 | 46.58       |
|            | Total costs                                                                                                       |                 | $404.21     |
|            | Total amount of this bill                                                                                         |                 | $5,329.21   |
| 12/1/2009  | Payment - Thank You (Initial Retainer)                                                                            |                 | ($2,500.00) |
|            | Total payments and adjustments                                                                                    |                 | ($2,500.00) |
|            | Balance due                                                                                                       |                 | $2,829.21   |