IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PROCHNIAK WEISBERG, P.C., | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | NO. 09-5650 |
| | : | |
| v. | : | |
| | : | |
| INJURY SOLUTIONS, INC. and | : | |
| INJURY SOLUTIONS, LLC, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

Presently before the Court is Plaintiff's Motion for Partial Reconsideration (Docket No. 7).

The Court is compelled to note that it finds Plaintiff's Motion takes a number of tenuous liberties with its discussion of the Court's prior Order. In this instance, the Court fully considered Plaintiff's arguments and concluded they ran the gamut from wrong to nearly frivolous. With all due respect to Plaintiff, the decision the Court reached in this matter was so straightforward that an extensive written discussion, as stated in the original Order, was unnecessary and would have been a waste of judicial resources.

Nonetheless, the Court is duty-bound to reconsider its award of sanctions in light of Circuit guidance. Upon doing so, the Court concludes that justice is best served in this matter by simply ending this case without an award of sanctions.

Accordingly, this 26th day of January, 2010, it is hereby ORDERED that Plaintiff's Motion (Docket No. 7) is GRANTED and the Court' January 15, 2010 Order is VACATED only to the extent it imposes sanctions.  Defendant's Motion at Docket No. 8 is DENIED AS MOOT.  <u>This case is closed</u>.

BY THE COURT:

/s/ C. Darnell Jones II

_____
C. Darnell Jones II,              J.